NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

RYAN WESLEY REESE,  )
                                                    )
          Appellant,  )
                                                    )
v.  )           Case No. 2D17-1202
                                                    )
STATE OF FLORIDA,  )
                                                    )
          Appellee.  )
_____ )

Opinion filed October 10, 2018.

Appeal from the Circuit Court for
Hillsborough County; Samantha L. Ward,
Judge.

Howard L. Dimmig, II, Public Defender,
and Ivy R. Ginsberg, Special Assistant
Public Defender, Bartow, for Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cerese Crawford Taylor,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.

        Affirmed.

CASANUEVA, BLACK, and BADALAMENTI, JJ., Concur.